# 622 

 Opinion

filed May 31, 1929.

Albert S. Louer, for appellant; Arthur Abraham, of counsel. Lowenthal & Munns, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Southgate Brokerage Company, trading as Southgate Produce Company, appellant, v. Carl and W. J. Piowaty, a corporation, appellee. Gen. No. 33,304.

 Opinion filed May 31, 1929.

Winter, Stevens, Risk & Griffith, for appellant; George M. Stevens, Julian C. Risk and Melvin L. Griffith, of counsel. Hall, Spitz & Rooks, for appellee; Irvin Rooks and Edward Blackman, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Oscar Rubin, appellee, v. Louis Kaplan and Jacob Kaplan, appellants. Gen. No. 33,338.

 Opinion filed May 31, 1929.

Morris K. Levinson, for appellants. Clark & Clark, for appellee; Russell S. Clark, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

William F. Connery, appellee, v. J. W. McCormack Company, Inc., appellant. Gen. No. 33,368.

 Opinion filed May 31, 1929.

S. G. Lee, for appellant; Edgar Bernhard, of counsel. Joseph M. Connery and J. J. Cooke, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Florence C. Ferguson, appellee, v. Joseph Stulgisski and Stanley Doviat, defendants, on appeal of Stanley Doviat, appellant. Gen. No. 33,324.

Opinion filed June 24, 1929.

Daniel Riley McMaster, for appellant. A. B. Litow and Matthew J. O'Brien, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.